### Exhibit A to the Complaint

**Location:** New York, NY  
**Total Works Infringed:** 25  
**IP Address:** 68.129.185.196  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 4EBECBF1E6129FD6E5AAC98ECE1A6C6DF80BB055<br>File Hash:<br>B49642923F7315D43D8EA0D8373280EE5761086901C1AEDAEF50926F1F397D60 | 02-25-2023 14:23:33 | Blacked Raw | 03-23-2018 | 04-17-2018 | PA0002116746 |
| 2 | Info Hash: D5A2DC88CED9567C5C557223F3AC14D1191D5C51<br>File Hash:<br>48CE9A7F8E2D99F477480AF12F2D602F4864C805FA70A800739EF0E0FD57ABD4 | 02-25-2023 14:16:41 | Blacked Raw | 06-16-2018 | 07-14-2018 | PA0002128317 |
| 3 | Info Hash: 44999B8D73D1448B4085B36C51240DFB91BE3C17<br>File Hash:<br>EB06FF421EC38018D145B04455F0FD9C31366B54D081CC60B9773B42FE5E133E | 02-09-2023 13:30:14 | Blacked Raw | 02-08-2023 | 03-06-2023 | PA0002399990 |
| 4 | Info Hash: 73C61F6E28F07C3A491345FA41BD7B778949F2B6<br>File Hash:<br>BDF5F252B91D84E7C2045A7874A8B618CD00C8559CAC90E80FD6DA3CD19A1CCE | 02-05-2023 14:10:55 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |
| 5 | Info Hash: 642302AF292A92951399C47977376BC5AC5ED299<br>File Hash:<br>313EC5C02C7934FC40B3B14246153E2E03D286A050576B29AEF965B2D1325C16 | 02-03-2023 19:34:34 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 6 | Info Hash: BC7EB7895A49E227BFC10CF1ACA2C7A4A82BF030<br>File Hash:<br>901C3E8756B93139BEB275455DFF0FCABC118DDBD490E3629F87C0B0F1D47358 | 01-10-2023 14:46:00 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 7 | Info Hash: 6CDEB8C8E8F9624BEA9225C82F988666C6444946<br>File Hash:<br>BD6BD57761088765FF1989B6A7DCABB6C885292DA248A9D7729AECA0D6244749 | 01-09-2023 13:32:04 | Tushy | 01-08-2023 | 01-27-2023 | PA0002393072 |
| 8 | Info Hash: CF36F45DF2833E0C4D10621B285785F4078B05CE<br>File Hash:<br>4A3A50C8A137603AF774B9BE906EE3DE38433461B05B22F5B4FC817E199A4ABC | 12-25-2022 13:05:47 | Vixen | 12-23-2022 | 01-10-2023 | PA0002389606 |
| 9 | Info Hash: 5582D8CFB1D71E6916B0A97394B6FDBFB366FC85<br>File Hash:<br>D7E29EBBA5C65F935EE13DDD712C95B0B7705C2F81C2F77AE433F65DA7763E5F | 12-17-2022 13:41:08 | Vixen | 12-16-2022 | 01-10-2023 | PA0002389621 |
| 10 | Info Hash: 4BC6206D27F311792640B3FBABD58B2640380764<br>File Hash:<br>9393A92B0881CF22E6DB4AC4BFA7642BE5FE055AF13A94E009FB1B1512CEB7A7 | 12-16-2022 20:21:25 | Blacked Raw | 08-30-2018 | 10-16-2018 | PA0002127777 |
| 11 | Info Hash: 71646A88472CFC4DACA528C69B5B7566947A4378<br>File Hash:<br>FAD634BBF8C3B2FBBFBD1AFC5EAED32DC36B1EFD60FAAEFD6F818AA85B14D8AD | 12-11-2022 20:02:00 | Blacked Raw | 12-10-2022 | 01-10-2023 | PA0002389572 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 24E9045D6E0CA4035B0D5BEE8AFD227C2F3AFFA2<br>File Hash: 83D4E90F31F5FA22E3F05A7B41A37BF3AF8E7F5C1E973D86002B675C5E8E5CEA | 11-21-2022 12:57:26 | Blacked Raw | 11-20-2022 | 12-11-2022 | PA0002384733 |
| 13 | Info Hash: 3DE3F836CE8CB127AACE9DA131B45338D2E7D697<br>File Hash: 942A2D7601EB44D72712E9D971298CAB42A65472E67FCF9A924D07E70A1E39E1 | 11-16-2022 13:24:08 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 14 | Info Hash: 8CED7F942421FBD5CF874727662D5A42032BB1CA<br>File Hash: C52E5DC17D6EBABEACCBF18F6B01CC240BA848A7831AA1395715BBA280FFD3D3 | 11-14-2022 13:07:24 | Slayed | 11-08-2022 | 11-24-2022 | PA0002389330 |
| 15 | Info Hash: 682D79A7F73EA01603A66FD5B30ADA2CE9B25386<br>File Hash: 490D016CB5923F966A135C3E7F174EA5A1E269E18C73F43233A5E37303BEF2CC | 10-30-2022 12:11:46 | Vixen | 10-28-2022 | 12-11-2022 | PA0002384773 |
| 16 | Info Hash: 6EA4E49714EF35D29AF9D2464F156739552E2A62<br>File Hash: 62750CDD9497B7E9D588C919C099F076D727E11DCAE51F2751605A0E0ED8C1AA | 10-24-2022 12:40:58 | Tushy | 10-23-2022 | 10-31-2022 | PA0002377815 |
| 17 | Info Hash: AAE6121340EAE0160B4C806657D86B12B6C56EF1<br>File Hash: 3BE3A2F43B83D6686C38D009BC5EE69D24167F3066AB24302A3B292609816AD2 | 10-24-2022 12:31:03 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 18 | Info Hash: 20D85C6F5B1B52DB59FB9435363A5A364D080458<br>File Hash: 2C4ED5658F2F3B21FD95C5C7B979B4986D20355232C63E9A76B43A420DAFACE4 | 10-17-2022 16:10:20 | Blacked Raw | 10-16-2022 | 11-01-2022 | PA0002378071 |
| 19 | Info Hash: 099D9D4C869D0096C0D5D0A660293523F16165A4<br>File Hash: 612106077357425EC159A2EA66A7A52FC725B15574FBBC913D936815E5FDD1C2 | 10-02-2022 12:40:40 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 20 | Info Hash: 87D17C787E4519FA1473FE7788E1C42B65536D84<br>File Hash: 0F74C43A29131F5813588AF86ED14E18969C1E099D3F740DBD082BBC4FC3E129 | 09-28-2022 13:01:01 | Blacked Raw | 09-26-2022 | 10-31-2022 | PA0002377828 |
| 21 | Info Hash: 252650AF792AF39E40879DB3F57C31D22414F0F2<br>File Hash: 8BED004F82559D121215C85B6E93ED5F2AD127A0F26DBEFA93FE9FD667DAA211 | 09-17-2022 13:00:27 | Blacked Raw | 04-12-2019 | 05-11-2019 | PA0002173884 |
| 22 | Info Hash: 4C5407B51D218DE28A3E1FA7008F1560BF966F8E<br>File Hash: 1C611C11C1C6FB85B3D583C7A19F1C47FAF57A0A5F09983A52026E44485F659F | 09-17-2022 12:42:29 | Blacked Raw | 09-16-2022 | 10-05-2022 | PA0002373764 |
| 23 | Info Hash: 897954507A1133E64C83305B56650B4175BA1077<br>File Hash: 592AA24BBCA6286420C4A60B87FBECD8B1B7CC8B187AEE23A1594E09813BAD99 | 09-16-2022 23:21:41 | Tushy | 06-15-2018 | 07-14-2018 | PA0002128159 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 08F22BD8AF909059A6DBBD6CDD3C1B4AD62B20B4<br>File Hash:<br>FE8B5201427DB7FD3F54D99BCCA14A401132B47C6D7305999EA850B0C168E164 | 09-16-2022 20:42:36 | Tushy | 01-31-2018 | 02-20-2018 | PA0002104182 |
| 25 | Info Hash: DA203AB9B1E3750A97CAEAE9813EEE082B84A479<br>File Hash:<br>146CB33906D46C1B281815C623D11CE75BD9174D070889BE52AFA10B5E8DD70F | 09-10-2022 21:26:43 | Blacked | 09-10-2022 | 10-05-2022 | PA0002373949 |